Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**                    **FORM 3**

| |
|---|
| **The Navigator Company, S.A.**<br><br><br>                              **Plaintiff,**<br>   **v.**<br><br>**UNITED STATES,**<br><br>                              **Defendant.** |

**S U M M O N S**
**Court No. 26-CV-02829**

**TO:**  The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Gina Justice**
Clerk of the Court

1.  The Navigator Company, S.A. is a foreign producer and exporter of certain uncoated paper from Portugal and an interested party under 19 U.S.C. §§ 1677(9)(A) and 1516a(f)(3) that participated in the underlying administrative review, and thus has standing under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).
   (Name and standing of plaintiff)

2.  Plaintiff challenges aspects of the U.S. Department of Commerce's final decision in

   Certain Uncoated Paper from Portugal: Final Results of Antidumping Duty

   Administrative Review; 2023–2024,91 Fed. Reg. 13289.

   (Brief description of contested determination)

3.  March 17, 2026
   (Date of determination)

4.  March 19, 2026
   (If applicable, date of publication in Federal Register of notice of contested determination)

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

/s/ Irene H. Chen

Signature of Plaintiff's Attorney

April 20, 2026

                Date

| |
|---|
| Irene H. Chen<br>1945 Old Gallows Rd., Suite 260<br>Vienna, VA 22182<br>Tel: 301-760-7393<br>Email: ichen@vcllegal.com |

**SEE REVERSE SIDE**

## SERVICE OF SUMMONS BY THE CLERK

   If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons.  For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)